JOHN DAY, by Guardian, etc., Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued December 20, 1878; decided January 21, 1879.)

Reported below, 12 Hun, 435.

*Winchester Britton* for appellant.

*N. C. Moak* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

ALBERT SAMUEL, Administrator, etc., Respondent, *v.* THE NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

(Submitted December 20, 1878; decided January 21, 1879.)

*George M. Diven* for appellant.

*H. Boardman Smith* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.